IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 24.239.138.53

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/21/2017 18:56:34 | 5F189DE41EF6B75EBB5535B106BB41665D704F68 | Fill Her Up |
| 11/17/2017 13:24:36 | 3B38DACB9530C6AEC7D8364900B0052BAC28678D | Would You Fuck My Girlfriend |
| 11/04/2017 02:59:34 | 63FAD17F9FEAA3AFAAAB309FD9B4BDDD51F39B4C | The Tightest Blonde |
| 10/06/2017 17:37:17 | 983C0248235B4AC239F126947EB194068A914603 | Love Burns Again |
| 10/06/2017 15:36:19 | 02548598760D2AFE1AB1CE50BB7F31F2DD4C6274 | Sultry Hot Summer |
| 10/06/2017 15:31:28 | 2AF9406C38FA0C6AEC0B092D567ED42FB4BB913B | LOLA |
| 10/06/2017 15:28:57 | 9A158E376CBB37E2387F613C2D174336C215DD38 | Blonde College Girl Perfection |
| 09/18/2017 12:30:21 | 9D23691FA068B793B7E1648228D2C33EE401C535 | Piano Concerto |
| 09/10/2017 01:40:03 | CABE273D8FF8D9EBF43B0BF12B8877F965682F8A | I Cook Naked |
| 08/18/2017 19:53:21 | DC788BB879264E967BFF26281EB727473939EDD7 | Fit For A Fuck |
| 08/02/2017 18:09:35 | 1013AD59CD964D5872750551C25A1DAFE10CF33C | Sex For Three By The Sea |
| 07/05/2017 16:02:44 | 7B75F1D13DEA537ABF60DA52AABD5912921142AD | XXX Threeway Games |
| 06/14/2017 15:43:18 | DEA154F8B0DE8F1B0A3B7F1744A0BA696015F6E1 | Love In Prague |
| 06/03/2017 02:32:28 | E0D044E234EB0BF8A0BC720FFF0AFBB47E14A5AA | An Afternoon Inside Kim |
| 03/07/2017 19:47:16 | 326CC6FA780A576FD77D9D2786FABB8816B90390 | Deep Inside Gina |
| 02/13/2017 20:09:43 | 7BB12497EEFDD2175DE60DECD59539A31E0E91C4 | Want To Fuck My Wife |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

SNY396