UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :     Case No. 1:18-cv-00228-KBF
                              Plaintiff,                         :
                                                                 :
               vs.                                               :
                                                                 :
JOHN DOE subscriber assigned IP address,                         :
24.239.138.53,                                                   :
                              Defendant.                         :
-----------------------------------------------------------------X
```

## PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe subscriber assigned IP address 24.239.138.53 ("Defendant") through his counsel, Robert Z. Cashman. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: April 11, 2018

                                                  Respectfully Submitted,

                                                  By: /s/ Kevin T. Conway, Esq.
                                                  Kevin T. Conway, Esq.
                                                  NY Bar No.: 2133304
                                                  664 Chestnut Ridge Road
                                                  Spring Valley, NY 10977-6201
                                                  T: (845) 352-0206
                                                  F: (845) 352-0481
                                                  E-Mail: ktcmalibu@gmail.com
                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            By: /s/ Kevin T. Conway, Esq.
                                                Kevin T. Conway, Esq.

**Counsel for Defendant**
Robert Z. Cashman
Email: rcashman@cashmanlawfirm.com