```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MALIBU MEDIA, LLC,                                                :
                                                                  :
                             Plaintiff,                           :
                                                                  :         18-cv-228 (KBF)
            -v-                                                   :
                                                                  :            ORDER
JOHN DOE subscriber assigned IP address                           :
24.239.138.53,                                                    :
                                                                  :
                             Defendant.                           :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 13, 2018

KATHERINE B. FORREST, District Judge:

On Friday, April 13, 2018, the parties informed the Court that they have reached a settlement in principle. Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Monday, May 14, 2018**.

Any application to reopen **must** be filed by the above date; any application to reopen filed thereafter may be denied solely on that basis.

All other dates and deadlines in this matter are ADJOURNED.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:     New York, New York
           April 13, 2018

                                    _____
                                         KATHERINE B. FORREST
                                       United States District Judge