UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                               :
:     Case No. 1:18-cv-00228-KBF
               Plaintiff,                                        :
:
          vs.                                                    :
:
JOHN DOE subscriber assigned IP address,                         :
24.239.138.53,                                                   :
               Defendant.                                        :
-----------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 24.239.138.53. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 14, 2018                         Respectfully Submitted,

                                              By: /s/ Kevin T. Conway, Esq.
                                              Kevin T. Conway, Esq.
                                              NY Bar No.: 2133304
                                              664 Chestnut Ridge Road
                                              Spring Valley, NY 10977-6201
                                              T: (845) 352-0206
                                              F: (845) 352-0481
                                              Email: ktcmalibu@gmail.com
                                              *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                              By: /s/ *Kevin T. Conway*