FORREST, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
                                                                :   Case No. 1:18-cv-00228-KBF
                    Plaintiff,                                  :
                                                                :
            vs.                                                 :
                                                                :
JOHN DOE subscriber assigned IP address,                        :
24.239.138.53,                                                  :
                    Defendant.                                  :
---------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE**, Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 24.239.138.53. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 14, 2018                          Respectfully Submitted,

                                               By: /s/ Kevin T. Conway, Esq.
                                               Kevin T. Conway, Esq.
                                               NY Bar No.: 2133304
                                               664 Chestnut Ridge Road
                                               Spring Valley, NY 10977-6201
                                               T: (845) 352-0206
                                               F: (845) 352-0481
                                               Email: ktcmalibu@gmail.com
                                               *Attorneys for Plaintiff*

So ordered.
/s/ KBF
USDJ
4/17/18

SO ORDERED:

1